1  **MILSTEIN JACKSON**
   **FAIRCHILD & WADE, LLP**
2  Gillian L. Wade, State Bar No. 229124
   *gwade@mjfwlaw.com*
3  10990 Wilshire Boulevard, Suite 800,
   Los Angeles, CA 90024
4  Phone: (310) 396-9600

5  **REESE LLP**
   Michael R. Reese, State Bar No. 206773
6  *mreese@reesellp.com*
7  100 West 93rd Street, 16th Floor
   New York, New York 10025
8  Phone: (212) 643-0500

9  **FITZGERALD JOSEPH LLP**
   JACK FITZGERALD (SBN 257370)
10 jack@fitzgeraldjoseph.com
   2341 Jefferson Street, Suite 200
11 San Diego, CA 92110
   Phone: (619) 215-1741
12
   *Counsel for Plaintiffs*
13 *(additional attorneys listed below)*

14              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
15

| | |
|---|---|
| HENRY'S BULLFROG BEES, a California apiary; SAVE GOLDEN PRAIRIE HONEY FARMS, LLC, a Kansas not for profit corporation; and KELVIN ADEE d/b/a ADEE HONEY FARMS, on behalf of themselves and all others similarly situated, | Case No.: 2:21-cv-00582-TLN-CKD |
| Plaintiffs, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT INTERTEK TESTING SERVICES, NA, INC. WITHOUT PREJUDICE (FED. R. CIV. P. 41(a))** |
| v. | |
| SUNLAND TRADING, INC.; LAMEX FOODS, INC.; BARKMAN HONEY, LLC; DUTCH GOLD HONEY, INC.; TRUE SOURCE HONEY, LLC; INTERTEK TESTING SERVICES, NA, INC.; and NSF INTERNATIONAL, | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs Henry's Bullfrog Bees, Save Golden Prairie Honey Farms, LLC; and Kelvin Adee d/b/a Adee Honey Farms ("Plaintiffs"), by and through undersigned counsel, hereby dismiss Defendant Intertek Testing Services, NA, Inc. without prejudice, pursuant to Federal Rule of Civil Procedure 41(a).

Dated:  April 30, 2021                    By: _____
                                                                Gillian L. Wade

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@mjfwlaw.com
Sara D. Avila, State Bar No. 263213
savila@mjfwlaw.com
Marc A. Castaneda, State Bar No. 299001
mcastaneda@mjfwlaw.com
10990 Wilshire Boulevard, Suite 800,
Los Angeles, CA 90024
Phone: (310) 396-9600

**REESE LLP**
Michael R. Reese, State Bar No. 206773
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025
Phone: (212) 643-0500

Carlos F. Ramirez (*pro hac vice* to be filed)
cramirez@reesellp.com
7 Skyline Drive
Hawthorne, New York 10532
Phone: (914) 860-4994

**FITZGERALD JOSEPH LLP**
JACK FITZGERALD (SBN 257370)
jack@fitzgeraldjoseph.com
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Phone: (619) 215-1741

*Counsel for Plaintiffs*

1

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT INTERTEK TESTING SERVICES, NA, INC. WITHOUT PREJUDICE (FED. R. CIV. P. 41(a))**