1  VORYS, SATER, SEYMOUR AND PEASE, LLP
   Thomas N. McCormick (SBN 325537)
2  tnmccormick@vorys.com
   4675 MacArthur Court, Suite 700
3  Newport Beach, CA 92660
   Telephone: (949) 526-7903
4  Facsimile:  (949) 383-2384

5  Attorneys for Defendant
   Dutch Gold Honey, Inc.
6

7

8              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
9

| | |
|---|---|
| 10  HENRY'S BULLFROG BEES, ET AL., | CASE NO. 2:21-CV-00582-TLN-CKD |
| 11            Plaintiffs, | |
| vs. | **STIPULATION TO EXTEND TIME TO** |
| 12 | **RESPOND TO INITIAL COMPLAINT** |
|    SUNLAND TRADING, INC., ET AL., | **(L.R. 144)** |
| 13 | |
| 14            Defendants. | Complaint Served: April 17, 2021 |
| 15 | Current Response Date: May 10, 2021 |
|    | New Response Date: June 7, 2021 |

16

17  TO THE HONORABLE COURT:

18          PLEASE TAKE NOTICE that Plaintiffs Henry's Bullfrog Bees, Save Golden Prairie Honey

19  Farms, LLC, and Kelvin Adee d/b/a Adee Honey Farms ("Plaintiffs") and Defendants Dutch Gold

20  Honey, Inc., True Source Honey LLC, NSF International, and Sunland Trading, Inc.

21  ("Defendants") hereby agree and stipulate in accordance with Local Rule 144(a) to extend

22  Defendants' time to move, plead, or otherwise respond to the initial complaint by twenty-eight (28)

23  days from the date the response would have been due.  Defendants' response to the complaint is

24  currently due May 10, 2021.

25          NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the

26  Plaintiffs and Defendants as follows:  The time within which Defendants may move, plead, or

27  otherwise respond to the Complaint is extended by twenty-eight (28) days, to and including June 7,

28  2021.

1  Dated:  April 30, 2021                    MILSTEIN JACKSON FAIRCHILD & WADE

2

3                                            By /s/ Gillian L. Wade(as authorized on 4/30/21)

4                                               GILLIAN L. WADE

5                                               Attorneys for Plaintiffs,

                                                Henry's Bullfrog Bees, Save Golden Prairie
6                                               Honey Farms, LLC, and Kelvin Adee d/b/a
                                                Adee Honey Farms
7

8

9  Dated:  May 3, 2021                       VORYS, SATER, SEYMOUR AND PEASE, LLP

10

11

12                                           By /s/ Thomas N. McCormick

13                                              THOMAS N. MCCORMICK

                                                Attorneys for Defendant,
14                                              Dutch Gold Honey, Inc.

15

16 Date:   May 3, 2021                       RYAN ELLIS LAW

17

18                                           By /s/ Ryan Ellis (as authorized on 5/3/21)

19                                              Ryan Ellis

20                                              Attorneys for Defendant,

21                                              True Source Honey LLC

22

23 Date:   April 30, 2021                    HOWARD & HOWARD ATTORNEYS PLLC

24

25                                           By /s/ Robert L. Rosenthal (as authorized on 4/30/21)

26                                              ROBERT L. ROSENTHAL

                                                Attorneys for Defendant,
27                                              NSF International

28

1  Date:   April 30, 2021                    WHITE & CASE LLP

2

3                                      By */s/ Bryan A. Merryman(as authorized on 4/30/21)*

4                                          Bryan A. Merryman

5                                          Attorneys for Defendant,

6                                          Sunland Trading, Inc.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record who are deemed to have consented to electronic service.

Notice of this filing was served upon separate e-mail to the parties who have not yet appeared in the matter:

MILSTEIN JACKSON FAIRCHILD & WADE, LLP
Gillian L. Wade (SBN 229124)
gwade@mjfwlaw.com
10990 Wilshire Boulevard, Suite 800
Los Angeles, CA 90024
Telephone: (310) 396-9600

REESE LLP
Michael R. Reese (SBN 206773)
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone:  (212) 643-0500

FITZGERALD JOSEPH LLP
Jack Fitzgerald (SBN 257370)
jack@fitzgeraldjoseph.com
2341 Jefferson Street, Suite 200
San Diego, California 92110
Telephone:  (619) 692-3840

RYAN ELLIS LAW
Ryan Ellis (SBN 272868)
3268 Governor Dr., Ste. 140
San Diego, CA 92112
Telephone: (858) 247-2000

WATKINSON MILLER PLLC
Richard T. Rossier (pro hac vice application to be submitted)
rrossier@watkinsonmiller.com
Elisabeth Kidder (*pro hac vice* application to be submitted)
lkidder@watkinsonmiller.com
1100 New Jersey Avenue, SE, Suite 910
Washington, DC 20003

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT

Telephone: (202) 842-2345
Facsimile:  (202) 464-5317

HOWARD & HOWARD ATTORNEYS PLLC
Robert L. Rosenthal (SBN 173047)
rrosenthal@howardandhoward.com
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV  89169
Telephone: (702) 667-4809
Facsimile:  (702) 567-1568

Jon R. Steiger (SBN 229814) (admission application to be submitted)
jsteiger@howardandhoward.com
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (424) 303-7700
Facsimile:  (424) 274-3202

Patrick M. McCarthy (*pro hac vice* application to be submitted)
pmccarthy@howardandhoward.com
450 West Fourth Street
Royal Oak, MI 48067
Telephone: (248) 645-1483
Facsimile:  (248) 645-1568

WHITE & CASE LLP
Bryan A. Merryman (SBN 134357)
bmerryman@whitecase.com
Catherine S. Simonson (SBN 307325)
catherine.simonsen@whitecase.com
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329

*/s/ Thomas N. McCormick*

THOMAS N. MCCORMICK

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL
COMPLAINT