**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**ORDER**

HENRY'S BULLFROG BEES, ET AL.,

                Plaintiff(s),

                                    Case No. 2:21-CV-00582-TLN-CKD

v.

SUNLAND TRADING, INC., ET AL.,

                Defendant(s).

I, _____Jeffrey A. Miller_____,

attorney for_____Dutch Gold Honey, Inc._____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

        My business address is:

Firm Name:     Vorys, Sater, Seymour and Pease LLP

Address:         301 E. Fourth St., Suite 3500, Great American Tower

City:             Cincinnati

State:           OH         ZIP Code:   45202

Voice Phone:   ( 513 )  723-4008

FAX Phone:    ( 513 )  852-7822

Internet E-mail:  jamiller@vorys.com

Additional E-mail:

I reside in City:          Wyoming        State:   OH

I was admitted to practice in the _____ State of Ohio _____ (court)

on _____ 11/10/1997 _____ (date).  I am presently in good standing and

eligible to practice in said court.  A certificate of good standing from the court in my state of

primary practice is attached to this application. I am not currently suspended or disbarred in

any other court.

I  have ☐ / have not ☒ concurrently or within the year preceding this application made

a pro hac vice application to this court.  (If you have made a pro hac vice application to this

court within the last year, list the name and case number of each matter in which an

application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for

ECF with whom the Court and opposing counsel may readily communicate regarding the

conduct of the case and upon whom electronic notice shall also be served via the court's ECF

system:

Name:        Thomas N. McCormick

Firm Name:   Vorys, Sater, Seymour and Pease, LLP

Address:     4675 MacArthur Court, Suite 700

City:        Newport Beach

State:        CA          ZIP Code:        92660

Voice Phone:  ( 949      ) 526-7903

FAX Phone:   ( 949      ) 383-2384

E-mail:       tnmccormick@vorys.com

Dated: _____5/10/2021_____   Petitioner: _/s/ Jeffrey A. Miller_

**ORDER**

IT IS SO ORDERED.

Dated: May 17, 2021

_____
Troy L. Nunley
United States District Judge