# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY'S BULLFROG BEES, ET AL., | ) Case No. 2:21-CV-00582-TLN-CKD |
| Plaintiffs, | ) Judge Troy L. Nunley |
| vs. | ) Magistrate Judge Carolyn K. Delaney |
| SUNLAND TRADING, INC., ET AL., | ) **ORDER GRANTING STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE AN AMENDED COMPLAINT (L.R. 143), REDUCE BRIEFING, AND ESTABLISH A SCHEDULE FOR RESPONSIVE PLEADINGS OR MOTIONS** |
| Defendants. | ) |

1

ORDER GRANTING STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE AN AMENDED COMPLAINT (L.R. 143), REDUCE BRIEFING, AND ESTABLISH A SCHEDULE FOR RESPONSIVE PLEADINGS OR MOTIONS

Pursuant to the stipulation of the Parties, and finding good cause thereon, the Court orders that:

1. In lieu filing motions to dismiss Plaintiffs' complaint, Defendants shall meet and confer with Plaintiffs prior to the amendment of their complaint, and no responsive pleading or motion shall be filed with respect to Plaintiffs' original complaint.

2. Without conceding any deficiencies with respect to their original complaint, Plaintiffs will file an amended complaint by June 28, 2021.

3. Defendants will have 30 days after the filing of an amended complaint to move, answer, or otherwise plead in response to the amended complaint.

**IT IS SO ORDERED**.

Dated: May 24, 2021

_____
Troy L. Nunley
United States District Judge

2

ORDER GRANTING STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE AN AMENDED COMPLAINT (L.R. 143), REDUCE BRIEFING, AND ESTABLISH A SCHEDULE FOR RESPONSIVE PLEADINGS OR MOTIONS