

# United States District Court
# Eastern District of California

Plaintiff(s)

V.

Defendant(s)

Case Number: _____

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

_____

On _____ (date), I was admitted to practice and presently in good standing in the _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____

Date: _____    Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: _____

Law Firm Name: _____

Address: _____
_____

City: _____   State: _____   Zip: _____

Phone Number w/Area Code: _____

City and State of Residence: _____

Primary E-mail Address: _____

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: _____

Law Firm Name: _____

Address: _____
_____

City: _____   State: _____   Zip: _____

Phone Number w/Area Code: _____   Bar # _____

# **ORDER**

Dated: _____       _____
                                                                                            JUDGE, U.S. DISTRICT COURT

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Patrick Michael McCarthy*

was admitted to the practice of law in the courts of the State of Michigan on

*November 30, 1993*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: July 21, 2021

_____
Clerk

ORIGINAL

# MICHIGAN SUPREME COURT
Clerk's Office
PO Box 30052, Lansing MI 48909   (517) 373-0120

**58258**

P-number  49100

Date: July 21, 2021

Patrick Michael McCarthy

___ **RECEIPT**

___ Check  ✓ Credit Card  ___ Cash

Check # _____

___ **INVOICE**

Please remit amount listed below with this statement.

Checks payable to "State of Michigan"

**\*Incorrect Amount\*** ___ Check Encl
$_____ Check # _____

Case Title                                                                 Docket Number

| | |
|---|---|
| Application/Complaint Fee | $ _____ |
| Motion Fee | $ _____ |
| Certificate of Good Standing Fee | $  10 |
| Copy Fee _____ pages @ $.50/page | $ _____ |
| Other | $ _____ |

```
          MICHIGAN SUPREME COU
     HALL OF JUSTICE 5TH FLOOR
            925 W OTTAWA ST
       LANSING, MI. 48915-1741
              517-373-5543

                  Sale

xxxxxxxxxxxx6887
VISA                Entry Method: Manual

Amount: $                     10.00
Tax:    $                      0.00
                    ==================
Total:  $                     10.00

07/21/21                    11:54:45
Inv #: 000000002     Appr Code: 049501
Apprvd: Online
AVS Code: ZIP MATCH Z

                Customer Copy
                 THANK YOU!
```