

United States District Court
Eastern District of California

| Henry's Bullfrog Bees, et al. | Case Number: 2:21-CV-00582-TLN-CKD |
|---|---|
| Plaintiff(s) | |
| V. | |
| Sunland Trading, Inc. et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Patrick M. McCarthy hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

NSF International

On 12/02/1993 (date), I was admitted to practice and presently in good standing in the Michigan Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/21/2021          Signature of Applicant: /s/ Patrick M. McCarthy

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Patrick M. McCarthy |
| Law Firm Name: | Howard & Howard Attorneys PLLC |
| Address: | 450 West Fourth Street |
| City: | Royal Oak   State: MI   Zip: 48067-2557 |
| Phone Number w/Area Code: | (248) 723-0332 |
| City and State of Residence: | South Lyon, Michigan |
| Primary E-mail Address: | PMcCarthy@HowardandHoward.com |
| Secondary E-mail Address: | CHodge@HowardandHoward.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jon R. Steiger |
| Law Firm Name: | Howard & Howard Attorneys PLLC |
| Address: | 9595 Wilshire Boulevard, Suite 900 |
| City: | Beverly Hills   State: CA   Zip: 90212 |
| Phone Number w/Area Code: | (424) 303-7700   Bar #: 229814 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 21, 2021

_____
JUDGE, U.S. DISTRICT COURT

## THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Patrick Michael McCarthy*

was admitted to the practice of law in the courts of the State of Michigan on

*November 30, 1993*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: July 21, 2021

_____
Clerk

ORIGINAL

# MICHIGAN SUPREME COURT
Clerk's Office
PO Box 30052, Lansing MI 48909 (517) 373-0120

**58258**

P-number 49100

Date: July 21, 2021

Patrick Michael McCarthy

___ **RECEIPT**

___ Check ✓ Credit Card ___ Cash

Check # _____

___ **INVOICE**

Please remit amount listed below with this statement.

Checks payable to "State of Michigan"

**\*Incorrect Amount\*** ___ Check Encl
$_____ Check # _____

Case Title

Docket Number

| | |
|---|---|
| Application/Complaint Fee | $ _____ |
| Motion Fee | $ _____ |
| Certificate of Good Standing Fee | $ 10 |
| Copy Fee ____ pages @ $.50/page | $ _____ |
| Other | $ _____ |

```
       MICHIGAN SUPREME COU
    HALL OF JUSTICE 5TH FLOOR
         925 W OTTAWA ST
      LANSING, MI. 48915-1741
           517-373-5543

                Sale

    xxxxxxxxxxxx6887
    VISA                Entry Method: Manual

    Amount: $              10.00
    Tax:    $               0.00
                        ==================
    Total:  $              10.00

    07/21/21                 11:54:45
    Inv #: 000000002   Appr Code: 049501
    Apprvd: Online
    AVS Code: ZIP MATCH Z

              Customer Copy
              THANK YOU!
```