BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
CATHERINE S. SIMONSEN (SBN 307325)
catherine.simonsen@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendant Sunland Trading, Inc.

[Additional parties and counsel listed on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HENRY'S BULLFROG BEES, et al., | Case No. 2:21-CV-00582-TLN-CKD |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND ORDER RE: DISCOVERY STAY AND DEADLINES** |
| v. | |
| SUNLAND TRADING, INC., et al., | The Honorable Troy L. Nunley |
| Defendants. | Local Civ. R. 143, 144(a) |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiffs Henry's Bullfrog Bees; Golden Prairie Honey Farms Corporation, d/b/a Valor Honey; and Kelvin Adee (together, "Plaintiffs"), and Defendants Sunland Trading, Inc.; Lamex Foods, Inc.; Export Packers Company Limited, d/b/a Odem International (named in the Amended Complaint as "Odem International Inc."); Barkman Honey, LLC; Dutch Gold Honey, Inc.; True Source Honey LLC; and NSF International (together, "Defendants"), hereby agree and stipulate that good cause exists for the following:

WHEREAS, on March 29, 2021, Plaintiffs filed their original complaint.  ECF No. 1.

WHEREAS, on March 30, 2021, the Court issued its Initial Pretrial Scheduling Order requiring the parties to confer pursuant to Federal Rule of Civil Procedure 26(f) within 60 days of service of the complaint and to complete discovery, with the exception of expert discovery, no later than 240 days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure.  ECF No. 3.

WHEREAS, on May 25, 2021, the Court granted the parties' stipulation to extend Plaintiffs' time to file an amended complaint.  ECF No. 35.

WHEREAS, on June 2, 2021, the Court granted Defendants' Ex Parte Application to Modify the Initial Pretrial Scheduling Order, resetting the Rule 26(f) conference deadline to August 27, 2021, 60 days after the filing of Plaintiffs' amended complaint.  ECF No. 42.

WHEREAS, on June 28, 2021, Plaintiffs filed their First Amended Class Action Complaint ("Amended Complaint").  ECF No. 43.

WHEREAS, on July 12, 2021, the Court approved the parties' stipulation to extend Defendants' deadline to move, answer, or otherwise respond to the Amended Complaint to August 16, 2021, and Plaintiffs' deadline to file opposition(s) to any motion(s) to dismiss the Amended Complaint to 45 days from the filing of the motion(s) to dismiss.  ECF No. 46.

WHEREAS, the parties agree, in order to conserve judicial and party resources pending completion of the briefing of Defendants' forthcoming motions to dismiss, to stay discovery and extend certain deadlines applicable to discovery in this case as follows:

1. All discovery in this case shall be stayed until 60 days following the filing of the last reply filed in support of any defendant(s)' motion(s) to dismiss the Amended Complaint (the "Discovery Stay Period");

2. The deadline for the parties to confer as required by Federal Rule of Civil Procedure 26(f) shall be extended to the earlier of (i) 60 days following the filing of the last reply filed in support of any defendant's motion(s) to dismiss the Amended Complaint, and (ii) 30 days following the last Court order ruling on all motions to dismiss (to the extent any claims remain following an order);

3. The deadline to complete all discovery, with the exception of expert discovery, shall be extended to 18 months from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure;

4. This Stipulation is not, and may not be construed as, a waiver by Plaintiffs of their right to move the Court for permission to serve discovery necessary to oppose any motion(s) to dismiss for lack of personal jurisdiction. The parties agree that no such personal jurisdiction-related discovery (or other discovery) shall take place during the Discovery Stay Period unless and until the Court grants any such motion; and

5. This Stipulation is not, and may not be construed as, a waiver by Defendants of their right to move to continue the stay or limit discovery following the conclusion of the Discovery Stay Period.

WHEREAS, this Stipulation will not impact any other case deadlines.

WHEREAS, the parties agree that entering into this stipulation shall not constitute a waiver of (a) any jurisdictional defenses that may be available; (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, any defense listed in Rule 12(b) of the Federal Rules of Civil Procedure, or otherwise; or (c) any other statutory or common law defenses that may be available to Defendants. Defendants expressly reserve their rights to raise any such defenses and any other defense.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, and subject to the Court's approval, as follows:

- 2 -

STIPULATION RE: DISCOVERY STAY AND DEADLINES
2:21-CV-00582-TLN-CKD

1. All discovery in this case shall be stayed until 60 days following the filing of the last reply filed in support of any defendant(s)' motion(s) to dismiss the Amended Complaint (the "Discovery Stay Period");

2. The deadline for the parties to confer as required by Federal Rule of Civil Procedure 26(f) shall be extended to the earlier of (i) 60 days following the filing of the last reply filed in support of any defendant's motion(s) to dismiss the Amended Complaint, and (ii) 30 days following the last Court order ruling on all motions to dismiss (to the extent any claims remain following an order);

3. The deadline to complete all discovery, with the exception of expert discovery, shall be extended to 18 months from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure.

4. This Stipulation is not, and may not be construed as, a waiver by Plaintiffs of their right to move the Court for permission to serve discovery necessary to oppose any motion(s) to dismiss for lack of personal jurisdiction. The parties agree that no such personal jurisdiction-related discovery (or other discovery) shall take place during the Discovery Stay Period unless and until the Court grants any such motion;

5. This Stipulation is not, and may not be construed as, a waiver by Defendants of their right to move to continue the stay or limit discovery following the conclusion of the Discovery Stay Period; and

6. The discovery deadlines set forth above, rather than the deadlines for discovery set forth in the Initial Pretrial Scheduling Order, shall govern.

Date:   August 5, 2021                          WHITE & CASE LLP

                                        By:   /s/ Bryan A. Merryman
                                                Bryan A. Merryman

                                        Bryan A. Merryman (SBN 134357)
                                        bmerryman@whitecase.com
                                        Catherine S. Simonsen (SBN 307325)
                                        catherine.simonsen@whitecase.com
                                        555 South Flower Street, Suite 2700
                                        Los Angeles, CA 90071

|   |   |
|---|---|
|   | Telephone: (213) 620 -7700<br>Facsimile: (213) 452-2329 |
|   | Attorneys for Defendant<br>Sunland Trading, Inc. |
| Date:   August 5, 2021 | VORYS, SATER, SEYMOUR AND PEASE, LLP |
|   | By:   */s/ Thomas N. McCormick*<br>      Thomas N. McCormick<br>(*as authorized on August 3, 2021*) |
|   | Thomas N. McCormick (SBN 325537)<br>tnmccormick@vorys.com<br>4675 MacArthur Court, Suite 700<br>Newport Beach, CA 92660<br>Telephone: (949) 526-7903<br>Facsimile:  (949) 383-2384 |
|   | Nathaniel Lampley, Jr. (admitted *pro hac vice*)<br>nlampley@vorys.com<br>Jeffrey A. Miller (admitted *pro hac vice*)<br>jamiller@vorys.com<br>301 E. Fourth Street<br>Suite 3500, Great American Tower<br>Cincinnati, OH 45202<br>Telephone: (513) 723- 4616<br>Facsimile:  (513) 852-7869 |
|   | Kenneth J. Rubin (admitted *pro hac vice*)<br>kjrubin@vorys.com<br>52 East Gay Street<br>Columbus, OH 43215<br>Telephone: (614) 464-5692<br>Facsimile:  (614) 719- 4796 |
|   | Attorneys for Defendant<br>Dutch Gold Honey, Inc. |
| Date:   August 5, 2021 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

|   |   |   |
|---|---|---|
| 1 | | By:  */s/ John S. Poulos* |
| 2 | | John S. Poulos |
|   | | (*as authorized on August 3, 2021*) |
| 3 | | John S. Poulos (SBN 154689) |
|   | | Matthew D. Taggart (SBN 227482) |
| 4 | | 2020 W. El Camino Ave., Suite 700 |
|   | | Sacramento, CA 95833 |
| 5 | | Telephone: (916) 646-8234 |
| 6 | | |
|   | | Attorneys for Defendant |
| 7 | | Barkman Honey, LLC |

Date:   August 5, 2021          WILSON ELSER MOSKOWITZ
                                EDELMAN & DICKER LLP

By:   */s/ Michael P. McCloskey*
      Draft
      (*as authorized on August 3, 2021*)

Michael P. McCloskey (SBN 106051)
michael.mccloskey@wilsonelser.com
David J. Aveni (SBN 251197)
david.aveni@wilsonelser.com
401 West A Street
Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201

Attorneys for Defendant
True Source Honey, LLC

Date:   August 5, 2021          HOWARD & HOWARD ATTORNEYS
                                PLLC

By:   */s/ Robert L. Rosenthal*
      Robert L. Rosenthal
      (*as authorized on August 3, 2021*)

Robert L. Rosenthal (SBN 173047)
rrosenthal@howardandhoward.com
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Telephone: (702) 667- 4809
Facsimile: (702) 567-1568

|   |   |
|---|---|
| 1 | Jon R. Steiger (SBN 229814) |
| 2 | jsteiger@howardandhoward.com |
|   | 9595 Wilshire Boulevard, Suite 900 |
| 3 | Beverly Hills, CA 90212 |
|   | Telephone: (424) 303-7700 |
| 4 | Facsimile: (424) 274-3202 |

Patrick M. McCarthy (admitted *pro hac vice*)
pmccarthy@howardandhoward.com
450 West Fourth Street
Royal Oak, MI 48067
Telephone: (248) 645-1483
Facsimile: (248) 645-1568

Attorneys for Defendant
NSF International

Date:   August 5, 2021                           BOUTIN JONES INC.

By:   */s/ Robert D. Swanson*
     Robert D. Swanson
(*as authorized on August 3, 2021*)

Robert D. Swanson (SBN 162816)
rswanson@boutinjones.com
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (916) 442-7597

SPENCER FANE LLP
Donald G. Heeman (admitted *pro hac vice*)
dheeman@spencerfane.com
Jessica J. Nelson (admitted *pro hac vice*)
jnelson@spencerfane.com
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402-1267
Telephone: (612) 268-7000
Facsimile:  (612) 268-7001

Attorneys for Defendant
Lamex Foods, Inc.

Date:   August 5, 2021                           SHEPPARD, MULLIN, RICHTER &
                                                             HAMPTON LLP

|   |   |
|---|---|
|   | By: */s/ Leo Caseria* |
|   | Leo Caseria |
|   | (*as authorized on August 3, 2021*) |
|   |   |
|   | Leo Caseria (SBN 240323) |
|   | lcaseria@sheppardmullin.com |
|   | 333 South Hope Street, Forty-Third Floor |
|   | Los Angeles, CA 90071 |
|   | Telephone: (213) 617-4206 |
|   | Facsimile:  (213) 620-1398 |
|   |   |
|   | Attorneys for Defendant Export Packers Company Limited, d/b/a Odem International |

Date:   August 5, 2021                        MILSTEIN JACKSON FAIRCHILD & WADE, LLP

By: */s/ Gillian L. Wade*
Gillian L. Wade
(*as authorized on August 4, 2021*)

Gillian L. Wade (SBN 229124)
gwade@mjfwlaw.com
Sara D. Avila (SBN 263213)
savila@mjfwlaw.com
Marc A. Castaneda (SBN 299001)
mcastaneda@mjfwlaw.com
10990 Wilshire Boulevard, Suite 800
Los Angeles, CA 90024
Telephone: (310) 396-9600

REESE LLP
Michael R. Reese (SBN 206773)
mreese@reesellp.com
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

Carlos F. Ramirez (*pro hac vice* to be filed)
cramirez@reesellp.com
7 Skyline Drive
Hawthorne, New York 10532
Telephone: (914) 860-4994

George V. Granade (SBN 316050)
ggranade@reesellp.com

- 7 -

|   |   |
|---|---|
| 1 | 8484 Wilshire Boulevard |
| 2 | Los Angeles, California 90211<br>Telephone: (310) 393-0070 |
| 3 | FITZGERALD JOSEPH LLP |
| 4 | Jack Fitzgerald (SBN 257370)<br>jack@fitzgeraldjoseph.com |
| 5 | Trevor M. Flynn (SBN 253362)<br>trevor@fitzgeraldjoseph.com |
| 6 | Melanie Persinger (SBN 275423)<br>melanie@fitzgeraldjoseph.com |
| 7 | 2341 Jefferson Street, Suite 200 |
| 8 | San Diego, California 92110<br>Telephone: (619) 215-1741 |
| 9 | Attorneys for Plaintiffs |

**ORDER**

**IT IS SO ORDERED.**

Dated this 5th day of August, 2021

_____
Troy L. Nunley
United States District Judge