**MILSTEIN JACKSON**
**FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
*gwade@mjfwlaw.com*
10250 Constellation Boulevard, Suite 1400
Los Angeles, California 90067
Phone: (310) 396-9600

**REESE LLP**
Michael R. Reese, State Bar No. 206773
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Phone: (212) 643-0500

**FITZGERALD JOSEPH LLP**
Jack Fitzgerald, State Bar No. 257370
*jack@fitzgeraldjoseph.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1741

*Counsel for Plaintiffs*
*(additional attorneys listed below)*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HENRY'S BULLFROG BEES, a California apiary; SAVE GOLDEN PRAIRIE HONEY FARMS, LLC, a Kansas not for profit corporation; and KELVIN ADEE d/b/a ADEE HONEY FARMS, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>SUNLAND TRADING, INC.; LAMEX FOODS, INC.; BARKMAN HONEY, LLC; DUTCH GOLD HONEY, INC.; TRUE SOURCE HONEY, LLC; INTERTEK TESTING SERVICES, NA, INC.; and NSF INTERNATIONAL,<br><br>        Defendants. | Case No.: 21-CV-00582-TLN-CKD<br><br>**NOTICE OF MOTION TO COMPEL DEFENDANTS' COMPLIANCE WITH FED. R. CIV. P. 26(f)**<br><br>Date:     March 2, 2022<br>Time:    10:00 a.m.<br>Court:   24, 8th Floor<br>Judge:   Hon. Carolyn K. Delaney |

# NOTICE OF MOTION

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT, on March 2, 2022, at 10:00 a.m., or as soon thereafter as may be heard, Plaintiffs will and hereby do move the Court, the Honorable Carolyn Delaney presiding, to order Defendants' compliance with Fed. R. Civ. P. 26(f). The Motion is based on this Notice of Motion, the concurrently filed Joint Statement of Discovery Disagreement, all pleadings and proceedings had in the action, and all further argument and evidence presented in support of the Motion.

Plaintiffs seek an order compelling Defendants' compliance with Fed. R. Civ. P. 26(f).

Dated: February 18, 2022     By:  /s/ Melanie Persinger
                                  Melanie Persinger

**MILSTEIN JACKSON FAIRCHILD & WADE, LLP**
Gillian L. Wade, State Bar No. 229124
*gwade@mjfwlaw.com*
Sara D. Avila, State Bar No. 263213
*savila@mjfwlaw.com*
Marc A. Castaneda, State Bar No. 299001
*mcastaneda@mjfwlaw.com*
10250 Constellation Boulevard, Suite 1400
Los Angeles, California 90067
Phone: (310) 396-9600

**REESE LLP**
Michael R. Reese, State Bar No. 206773
*mreese@reesellp.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Phone: (212) 643-0500

Carlos F. Ramirez (*pro hac vice* to be filed)
*cramirez@reesellp.com*
7 Skyline Drive
Hawthorne, New York 10532
Phone: (914) 860-4994

1

1  **FITZGERALD JOSEPH LLP**
2  JACK FITZGERALD (SBN 257370)
   *jack@fitzgeraldjoseph.com*
3  PAUL K. JOSEPH (SBN 287057)
   *paul@fitzgeraldjoseph.com*
4  MELANIE R. PERSINGER (SBN 275423)
5  *melanie@fitzgeraldjoseph.com*
   TREVOR M. FLYNN (SBN 253362)
6  *trevor@fitzgeraldjoseph.com*
7  CAROLINE S. EMHARDT (SBN 321222)
   *caroline@fitzgeraldjoseph.com*
8  2341 Jefferson Street, Suite 200
9  San Diego, California 92110
   Phone: (619) 215-1741

2

*Henry's Bullfrog Bees et al. v. Sunland Trading, Inc., et al.*, No.: 21-CV-00582-TLN-CKD
NOTICE OF MOTION TO COMPEL COMPLIANCE WITH RULE 26(f)