BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

*Attorneys for Defendant Sunland Trading, Inc.*

[Additional parties and counsel listed on signature page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY'S BULLFROG BEES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>SUNLAND TRADING, INC., et al.,<br><br>    Defendants. | Case No. 2:21-CV-00582-TLN-CKD<br><br>**STIPULATION RE: LEAVE TO FILE JOINT OMNIBUS MOTION TO DISMISS, PAGE LIMITS, AND BRIEFING SCHEDULE**<br><br>The Honorable Troy L. Nunley<br><br>Local Civ. R. 143, 144(a) |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that Plaintiffs Henry's Bullfrog Bees, Golden Prairie Honey Farms Corporation, d/b/a Valor Honey, and Kelvin Adee d/b/a Adee Honey Farms ("Plaintiffs") and Defendants Sunland Trading, Inc.; Lamex Foods, Inc.; Export Packers Company Limited, d/b/a Odem International (improperly named as "Odem International Inc."); Barkman Honey, LLC; Dutch Gold Honey, Inc.; True Source Honey, LLC; and NSF International ("Defendants"), hereby agree and stipulate that good cause exists for the following:

WHEREAS, on March 29, 2021, Plaintiffs filed their original complaint.  ECF No. 1;

WHEREAS, on June 28, 2021, Plaintiffs filed their First Amended Class Action Complaint ("FAC").  ECF No. 43;

WHEREAS, on July 9, 2021, the parties stipulated in the interest of judicial economy to Defendants filing a joint omnibus motion to dismiss the FAC, in which the parties agreed Defendants would raise all non-defendant-specific grounds for dismissal of the FAC, in addition to which Defendants would file individual motions to dismiss raising only defendant-specific grounds for dismissal of the FAC and in which Defendants would not repeat arguments raised in the joint omnibus motion.  ECF No. 45;

WHEREAS, on July 12, 2021, the Court granted the parties' stipulation in relevant part and granted Defendants leave to file a joint omnibus motion to dismiss not to exceed 25 pages, Plaintiffs to file an opposition not to exceed 25 pages, and Defendants to file a reply not to exceed 15 pages.  ECF No. 46;

WHEREAS, on February 25, 2022, the Court granted Defendants' Motions to Dismiss pursuant to Federal Rule of Civil Procedure 9(b), granted Plaintiffs leave to file a Second Amended Complaint no later than March 28, 2022, and ordered to Defendants to "file a responsive pleading," if at all, no later than April 18, 2022.   ECF No. 95;

WHEREAS, in the interest of judicial economy, Defendants intend again to file a joint omnibus motion to dismiss the Second Amended Complaint, raising all non-defendant-specific grounds for dismissing the Second Amended Complaint, of not more than 25 pages.  Should the Court grant the parties' stipulation, Plaintiffs intend to file an opposition to the joint omnibus

motion of not more than 25 pages, and Defendants intend to file a reply of not more than 15 pages. One or more Defendants may also file a defendant-specific motion to dismiss raising grounds for dismissal pertaining to that defendant and not repeating grounds raised in the joint omnibus motion;

WHEREAS, the parties agree in the interests of judicial economy the parties may raise their arguments in defendant-specific motions to dismiss, related oppositions, and replies within fewer pages than typically permitted, and on this basis agree the parties shall, subject to Court approval, have the following page limitations with respect to the briefing on defendant-specific motions to dismiss, as follows:

- Sunland Trading, Inc. ("Sunland"): 15 pages for its motion to dismiss, 15 pages for Plaintiffs' opposition, and 10 pages for Sunland's reply;
- True Source Honey, LLC ("True Source"): 10 pages for its motion to dismiss, 10 pages for Plaintiffs' opposition, and 10 pages for True Source's reply;
- All other Defendants: 10 pages for each defendant-specific motion to dismiss, 10 for each of Plaintiffs' oppositions, and 5 pages for each reply;

WHEREAS, the parties further agree given Defendants intend to file a joint omnibus motion to dismiss in addition to defendant-specific motions to dismiss, and for each of which Plaintiffs intend to file oppositions, Plaintiffs' deadline to file their oppositions shall, subject to the Court's approval, be extended by 7 days (for a total of 21 days), and Defendants' deadline to file replies shall be extended by 4 days (for a total of 14 days);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, and subject to the Court's approval, as follows:

1. In addition to defendant-specific motions to dismiss (with the page limitations specified herein), Defendants shall have leave to file a single joint omnibus motion to dismiss the Second Amended Complaint, which may not exceed **25 pages**, and which shall raise all non-defendant-specific grounds for dismissal of the Second Amended Complaint, and no defendant-specific motion(s) to dismiss shall repeat the arguments raised in the joint omnibus motion;

2. In addition to opposition(s) to any defendant-specific motion(s) to dismiss, Plaintiffs shall have leave to file a single opposition to Defendants' joint omnibus motion to dismiss the Second Amended Complaint, which opposition may not exceed **25 pages**, and no opposition to any defendant-specific motion(s) to dismiss shall repeat the arguments raised in the opposition to the joint omnibus motion;

3. In addition to reply(ies) in support of any defendant-specific motion(s) to dismiss, Defendants shall have leave to file a single reply in support of their joint omnibus motion to dismiss the Second Amended Complaint, which reply may not exceed **15 pages**, and no reply in support of any defendant-specific motion(s) to dismiss shall repeat the arguments raised in the reply in support of the joint omnibus motion;

4. The parties shall observe the following page limitations with respect to defendant-specific motions to dismiss, oppositions, and replies thereto:

   a. Sunland: **15 pages** for its motion to dismiss, **15 pages** for Plaintiffs' opposition, and **10 pages** for Sunland's reply;

   b. True Source: **10 pages** for its motion to dismiss, **10 pages** for Plaintiffs' opposition, and **10 pages** for True Source's reply;

   c. All other Defendants: **10 pages** for each defendant-specific motion to dismiss, 10 for each of Plaintiffs' oppositions, and **5 pages** for each reply;

5. Plaintiffs' deadline to file their oppositions to all motions to dismiss shall be **EXTENDED** by 7 days (for a total of 21 days), and Defendants' deadline to file replies in support of their respective defendant-specific motions to dismiss and the joint omnibus motion to dismiss shall be **EXTENDED** by 4 days (for a total of 14 days).

Date:   April 14, 2022

WHITE & CASE LLP

By:   */s/ Bryan A. Merryman*
        Bryan A. Merryman

Bryan A. Merryman (SBN 134357)
bmerryman@whitecase.com

- 3 -

|   |   |
|---|---|
|   | 555 South Flower Street, Suite 2700<br>Los Angeles, CA 90071<br>Telephone: (213) 620-7700<br>Facsimile: (213) 452-2329 |
|   | Attorney for Defendant<br>Sunland Trading, Inc. |
| Date:  April 14, 2022 | LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>By:   */s/ John S. Poulos*<br>        John S. Poulos<br>(*as authorized on April 12, 2022*)<br><br>John S. Poulos (SBN 154689)<br>Matthew D. Taggart (SBN 227482)<br>2020 W. El Camino Ave., Suite 700<br>Sacramento, CA 95833<br>Telephone: (916) 646-8234<br><br>Attorneys for Defendant<br>Barkman Honey, LLC |
| Date:  April 14, 2022 | VORYS, SATER, SEYMOUR AND PEASE, LLP<br><br>By:   */s/ Thomas N. McCormick*<br>        Thomas N. McCormick<br>(*as authorized on April 12, 2022*)<br><br>Thomas N. McCormick (SBN 325537)<br>tnmccormick@vorys.com<br>4675 MacArthur Court, Suite 700<br>Newport Beach, CA 92660<br>Telephone: (949) 526-7903<br>Facsimile:  (949) 383-2384<br><br>Nathaniel Lampley, Jr. (admitted *pro hac vice*)<br>nlampley@vorys.com<br>Jeffrey A. Miller (admitted *pro hac vice*)<br>jamiller@vorys.com<br>301 E. Fourth Street<br>Suite 3500, Great American Tower<br>Cincinnati, OH 45202<br>Telephone: (513) 723-4616<br>Facsimile:  (513) 852-7869<br><br>Kenneth J. Rubin (admitted *pro hac vice*)<br>kjrubin@vorys.com<br>52 East Gay Street<br>Columbus, OH 43215<br>Telephone: (614) 464-5692<br>Facsimile:  (614) 719-4796 |

- 4 -

|  |  |
|---|---|
|  | Attorneys for Defendant<br>Dutch Gold Honey, Inc |
| Date: April 14, 2022 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|  | By: */s/ David Aveni*<br>David Aveni<br>(*as authorized on April 12, 2022*) |
|  | Michael P. McCloskey (SBN 106051)<br>michael.mccloskey@wilsonelser.com<br>David J. Aveni (SBN 251197)<br>david.aveni@wilsonelser.com<br>401 West A Street<br>Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 321-6200<br>Facsimile: (619) 321-6201 |
|  | Attorneys for Defendant<br>True Source Honey, LLC |
| Date: April 14, 2022 | HOWARD & HOWARD ATTORNEYS PLLC |
|  | By: */s/ Robert L. Rosenthal*<br>Robert L. Rosenthal<br>(*as authorized on April 12, 2022*) |
|  | Robert L. Rosenthal (SBN 173047)<br>rrosenthal@howardandhoward.com<br>3800 Howard Hughes Pkwy., Ste. 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4809<br>Facsimile: (702) 567-1568 |
|  | Jon R. Steiger (SBN 229814)<br>jsteiger@howardandhoward.com<br>9595 Wilshire Boulevard, Suite 900<br>Beverly Hills, CA 90212<br>Telephone: (424) 303-7700<br>Facsimile: (424) 274-3202 |
|  | Patrick M. McCarthy (admitted *pro hac vice*)<br>pmccarthy@howardandhoward.com<br>450 West Fourth Street<br>Royal Oak, MI 48067<br>Telephone: (248) 645-1483<br>Facsimile: (248) 645-1568 |
|  | Attorneys for Defendant<br>NSF International |

| | | |
|---|---|---|
| 1 | Date:  April 14, 2022 | BOUTIN JONES INC. |
| 2 | | By:  */s/ Vickie Grasu* |
| | | Vickie V. Grasu |
| 3 | | (*as authorized on April 12, 2022*) |
| 4 | | Clint D. Robison (SBN 158834) |
| | | crobison@ohaganmeyer.com |
| 5 | | Vickie V. Grasu (SBN 224278) |
| | | vgrasu@ohaganmeyer.com |
| 6 | | O'HAGAN MEYER |
| | | 21550 Oxnard Street, Suite 1050 |
| 7 | | Woodland Hills, CA, 91367 |
| | | Telephone: (213) 306-1610 |
| 8 | | Facsimile: (213) 306-1615 |
| 9 | | Attorneys for Defendant |
| | | Lamex Foods, Inc. |
| 10 | Date:  April 14, 2022 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 11 | | |
| 12 | | By:  */s/ Leo Caseria* |
| | | Leo Caseria |
| 13 | | (*as authorized on April 12, 2022*) |
| 14 | | Leo Caseria (SBN 240323) |
| | | lcaseria@sheppardmullin.com |
| 15 | | 333 South Hope Street, Forty-Third Floor |
| | | Los Angeles, CA 90071 |
| 16 | | Telephone: (213) 617-4206 |
| | | Facsimile:  (213) 620-1398 |
| 17 | | Attorneys for Defendant Export Packers |
| | | Company Limited, d/b/a Odem International |
| 18 | Date:  April 14, 2022 | MILSTEIN JACKSON FAIRCHILD & WADE, LLP |
| 19 | | |
| 20 | | By:  */s/ Marc A. Castaneda* |
| | | Marc A. Castaneda |
| 21 | | (*as authorized on April 13, 2022*) |
| 22 | | Gillian L. Wade (SBN 229124) |
| | | gwade@mjfwlaw.com |
| 23 | | Sara D. Avila (SBN 263213) |
| | | savila@mjfwlaw.com |
| 24 | | Marc A. Castaneda (SBN 299001) |
| | | mcastaneda@mjfwlaw.com |
| 25 | | 10990 Wilshire Boulevard, Suite 800 |
| | | Los Angeles, CA 90024 |
| 26 | | Telephone: (310) 396-9600 |
| 27 | | REESE LLP |
| | | Michael R. Reese (SBN 206773) |
| 28 | | mreese@reesellp.com |

100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500

Carlos F. Ramirez (pro hac vice to be filed)
cramirez@reesellp.com
7 Skyline Drive
Hawthorne, New York 10532
Telephone: (914) 860-4994

FITZGERALD JOSEPH LLP
Jack Fitzgerald (SBN 257370)
jack@fitzgeraldjoseph.com
Trevor M. Flynn (SBN 253362)
trevor@fitzgeraldjoseph.com
Melanie Persinger (SBN 275423)
melanie@fitzgeraldjoseph.com
2341 Jefferson Street, Suite 200
San Diego, California 92110
Telephone: (619) 215-1741

Attorneys for Plaintiffs

## **ORDER**

**IT IS SO ORDERED.**

Dated: 4/14/2022

_____
Troy L. Nunley
United States District Judge