1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   LEO D. CASERIA, Cal. Bar No. 240323
3  333 South Hope Street, 43rd Floor
   Los Angeles, California 90071-1422
4  Telephone:    213.620.1780
   Facsimile:    213.620.1398
5  Email: lcaseria@sheppardmullin.com

6  DAVID R. GARCIA, Cal. Bar No. 151349
   1901 Avenue of the Stars, 16th Floor
7  Los Angeles, California 90067
   Telephone:    310.228.3700
8  Facsimile:    310.228.3701
   Email: drgarcia@sheppardmullin.com
9
   Attorneys for Defendant
10 EXPORT PACKERS COMPANY LIMITED,
   d/b/a ODEM INTERNATIONAL
11

12                UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  HENRY'S BULLFROG BEES, a California apiary; GOLDEN PRAIRIE HONEY FARMS CORPORATION, d/b/a VALOR HONEY, a Kansas not for profit corporation; and KELVIN ADEE, an individual, on behalf of themselves, all others similarly situated, and the general public,<br><br>18              Plaintiffs,<br><br>19       v.<br><br>20  SUNLAND TRADING, INC.; LAMEX FOODS, INC.; ODEM INTERNATIONAL, INC.; BARKMAN HONEY, LLC; DUTCH GOLD HONEY, INC.; TRUE SOURCE HONEY, LLC; INTERTEK FOOD SERVICES GMBH; and NSF INTERNATIONAL,<br><br>24              Defendants. | Case No. 2:21-CV-00582-TLN-CKD<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br><br>The Honorable Troy L. Nunley |

**TO THE COURT AND ALL PARTIES OF RECORD:**

NOTICE IS GIVEN that Thomas L. Tyson is no longer associated with the law firm of Sheppard, Mullin, Richter & Hampton LLP and hereby withdraws as counsel for Defendant Export Packers Company Limited, d/b/a Odem International, in this action. His name should be removed from any service list, including any list for notification maintained by the Clerk of the Court and the parties.

Leo D. Caseria and David R. Garcia of Sheppard, Mullin, Richter & Hampton LLP continue to serve as counsel of record for Defendant Export Packers Company Limited, d/b/a Odem International, in this action and all future correspondence and papers in this action should continue to be directed to them.

Dated: November 22, 2022

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        /s/ *Leo D. Caseria*
        LEO D. CASERIA

Attorneys for Defendant
EXPORT PACKERS COMPANY LIMITED, d/b/a
ODEM INTERNATIONAL