

United States District Court
Eastern District of California

| HENRY'S BULLFROG BEES, et al. | Case Number: 2:21-CV-00582-TLN-CKD |
| Plaintiff(s) | |
| V. | |
| SUNLAND TRADING, INC., et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Thomas J. Dillickrath hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Defendant Export Packers Company Limited, d/b/a Odem International

On 10/17/2003 (date), I was admitted to practice and presently in good standing in the District of Columbia Court of Appeals (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/29/2023    Signature of Applicant: /s/ Thomas J. Dillickrath

**Pro Hac Vice Attorney**

Applicant's Name: Thomas J. Dillickrath

Law Firm Name: Sheppard Mullin Richter & Hampton LLP

Address: 2099 Pennsylvania Avenue, N.W.

City: Washington   State: DC   Zip: 20006

Phone Number w/Area Code: (202) 747-1918

City and State of Residence: Leesburg, VA

Primary E-mail Address: tdillickrath@sheppardmullin.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Helen Cho Eckert

Law Firm Name: Sheppard Mullin Richter & Hampton LLP

Address: 4 Embarcadero Center, 17th Floor

City: San Francisco   State: CA   Zip: 94111

Phone Number w/Area Code: (415) 774-3233   Bar #: 240531

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 30, 2023          /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE